UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE MARIE BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15 CV 5 CDP |
| | ) | |
| HARI KAPUR, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Stephanie Marie Buchanan is a Missouri state prisoner who is presently proceeding in this prisoner civil rights action *pro se*. Defendants' motion for summary judgment has been pending since January, and I have previously granted extensions of time so plaintiff could attempt to obtain an expert witness. She has now filed a motion for a further extension, indicating that she has obtained an expert witness but needs more time for him to provide his report.

Defendants did not previously disclose an expert witness because plaintiff had not done so. They now propose that if I grant the request I add additional time for them to retain and disclose their own experts.

I will once again accommodate plaintiff's request, but she should understand that there will not be any further extensions of time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [62] is granted only to the following extent:

1. Plaintiff shall provide her expert witness report to opposing counsel no later than **May 24, 2017**. Plaintiff shall arrange to have the expert witness made available for deposition by defendants no later than **June 14, 2017.**

2. Defendant shall disclose any expert witnesses and produce the reports required by Rule 26(a)(2), Federal Rules of Civil Procedure, no later than **July 19, 2017.** These expert witnesses shall be made available for depositions, and their depositions shall be completed, no later than **August 21, 2017.**

3. Plaintiff shall respond to defendants' pending motion for summary judgment no later than **July 10, 2017**. **This deadline will not be extended further.**

4. Defendants shall file any reply brief no later than **July 24, 2017** if they do not disclose an expert witness, and no later than **August 30, 2017** if they do retain an expert witness.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of April, 2017.