UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE MARIE BUCHANAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15 CV 5 CDP |
| | ) | |
| HARI KAPUR, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

I previously denied plaintiff Stephanie Marie Buchanan's *pro se* request for the appointment of an independent medical expert but gave her time to secure an expert on her own and provide the report required under the federal rules. Thereafter, Buchanan informed the Court that she had obtained an expert witness but needed more time for him to provide his report. I granted Buchanan until May 24 to provide the expert's report and cautioned that there would not be any further extensions of time. Buchanan now asks that I reconsider my initial decision to deny the appointment of a medical expert because the expert she obtained is no longer available. In the alternative, Buchanan asks that I allow her to proceed without an expert and respond to defendants' pending motion for summary judgment. I will deny the request for the appointment of a medical expert. The deadlines imposed in my Order entered April 26, 2017 (ECF #64) continue to

apply. Therefore, pursuant to that Order, Buchanan has until July 10, 2017, to respond to defendants' motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration regarding the appointment of an independent expert witness [65] is denied to the extent she requests the appointment of an expert. To the extent plaintiff requests that she be permitted to respond to defendants' motion for summary judgment without the assistance of an expert, the motion is granted. Plaintiff shall file her response to defendants' motion for summary judgment no later than **July 10, 2017**. **This deadline will not be extended further.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2017.